# Court of Appeals
# of the State of Georgia

ATLANTA,  May 29, 2024

*The Court of Appeals hereby passes the following order:*

## A24E0072.  LITTLE v. RIGBY.

Upon consideration of Appellant's emergency "Writ of Mandamus," the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  05/29/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.* Stephen E. Castlen